Krystle Macapagal AGUSTIN,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 11–71342.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 16, 2012.

Naoki Sekiya, Esquire, Law Offices of Michael J. Gurfinkel, Glendale, CA, for Petitioner.

Laura M.L. Maroldy, Trial, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Krystle Macapagal Agustin, a native and citizen of the Philippines, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's ("IJ") decision denying her request for a continuance. We have jurisdiction under 8 U.S.C. § 1252. We review

for abuse of discretion the denial of a continuance, *Ahmed v. Holder,* 569 F.3d 1009, 1012 (9th Cir.2009), and we deny the petition for review.

The agency did not abuse its discretion in denying Agustin's request for a continuance where she failed to show good cause. *See* 8 C.F.R. § 1003.29; *cf. Ahmed,* 569 F.3d at 1012–15 (good cause shown for continuance to await adjudication of I–140 appeal).

Agustin's request regarding prosecutorial discretion is denied.

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

